## Shaw v. Plains Township, Appellant (No. 2).

OPINION BY MR. JUSTICE KEPHART, June 24, 1922:

For the reasons set forth in the foregoing opinion, the judgment herein is reversed, with direction to enter it n. o. v. for defendant.